IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SCOTT WEST and MELISSA WEST     PLAINTIFFS

v.     CIVIL ACTION NO. 1:21-cv-00179-SA-DAS

STATE FARM FIRE AND CASUALTY COMPANY     DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on November 22, 2021. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 30th day of November, 2021.

                                              /s/ Sharion Aycock
                                              UNITED STATES DISTRICT JUDGE